UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE, IMPLANT PRODUCTS LIABILITY LITIGATION | MDL No. 2272 <br> Master Docket No. 11 C 5468 |
| ROBERT RILEY, <br> Plaintiff, <br> v. <br> ZIMMER, INC., ZIMMER HOLDINGS, INC., and ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC., <br> Defendants. | No. 12 C 8928 <br> Judge Rebecca R. Pallmeyer |

### ORDER

Motion to Dismiss [1358] is granted. Case is dismissed without prejudice with respect to left knee; with prejudice with respect to right knee.

ENTER:

Dated: March 12, 2015

REBECCA R. PALLMEYER
United States District Judge